IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. KNOX : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-2238 |
| HERMAN GEREL, LLP, ET AL. : | |

**ORDER**

**AND NOW**, this  24th   day of   June   , 2014, upon consideration of Defendant United Healthcare Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF Nos. 8 & 9), Defendant United Healthcare Inc.'s Motion to Dismiss Plaintiff's Cross-Claim (ECF No. 26), and Defendant United Healthcare Inc.'s Motion to Dismiss Defendant Herman Gerel's First Amended Cross-Claim (ECF No. 33), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant United Healthcare Inc.'s Motions to Dismiss Plaintiff's Complaint and Plaintiff's Cross-Claim are **GRANTED** in part and **DENIED** in part.  Plaintiff Knox's claims for indemnification from UHI (Count Three of Plaintiff Knox's Complaint and Count One of Plaintiff Knox's Cross-Claim) are **DISMISSED**.  Plaintiff Knox's claim for contribution from UHI (Count Two in Plaintiff Knox's Cross-Claim) is **DISMISSED**.  As to all other claims in Plaintiff's Complaint and Plaintiff's Cross-Claim, UHI's Motions to Dismiss are **DENIED**.

2. Defendant United Healthcare Inc.'s Motion to Dismiss Defendant Herman Gerel's Cross-Claim is **GRANTED** in part and **DENIED** in part.  Herman Gerel's claims for quantum meruit (Count Three of Defendant Herman Gerel's Cross-Claim) and unjust enrichment (Count Four of Defendant Herman Gerel's Cross-Claim) are

**DISMISSED**.  As to all other claims in Herman Gerel's Cross-Claim, UHI's Motion to Dismiss is **DENIED**.

**IT IS SO ORDERED.**

                                                              **BY THE COURT:**

                                                              **/s/ *R. BARCLAY SURRICK, J.***